In the Matter of LUGMAN ABDULLAH, Appellant, v EDWARD R. DONNELLY et al., Respondents.

Submitted February 7, 2005; decided March 29, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.